JACQUELYN S. LELEU (SBN 7675)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail: jsleleu@duanemorris.com

*Attorneys for Defendant*
*St. Theresa Healthcare Inc. d/b/a Alliance*
*Home Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

| | |
|---|---|
| GLADYS AGUILA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ST. THERESE HEALTHCARE INC. d/b/a ALLIANCE HOME HEALTH, a Nevada Corporation, JEAN PETREL, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-00175-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GLADYS AGUILA, Defendant ST. THERESE HEALTHCARE INC. d/b/a ALLIANCE HOME HEALTH, by and through their attorneys of record, and Defendant, JEAN PETREL, In Proper Person, that the above-entitled action be dismissed in its entirety, *with prejudice*, and each party to bear their own fees and costs.

Dated this 9th day of January, 2017.

                                                **ROBISON, BELAUSTEGUI, SHARP & LOW**

                                                By: */s/ Michael A. Burke*
                                                      Michael A. Burke (SBN 11527)
                                                      Clayton P. Brust (SBN 5234)
                                                      71 Washington Street
                                                      Reno, Nevada 89503
                                                      *Attorneys for Plaintiff Gladys Aguila*

1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Dated this 9th day of January, 2017.

          **DUANE MORRIS LLP**

        By: */s/ Jacquelyn S. Leleu*
           Jacquelyn S. Leleu (SBN 7675)
           100 North City Parkway, Suite 1560
           Las Vegas, NV  89106
           *Attorneys for Defendant St. Theresa Healthcare Inc. d/b/a Alliance Home Health*

Dated this 9th day of January, 2017.

          **JEAN PETREL**

        */s/ Jean Petrel*
        Jean Petrel, Pro Se
        1380 Greg Street, Suite 207
        Sparks, Nevada  89431

          **O R D E R**

IT IS SO ORDERED.

DATED: This 24th day of January, 2017.

              _____
          UNITED STATES DISTRICT COURT JUDGE